# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-5228-VBF (JEM) | Date | April 16, 2018 |
|---|---|---|---|
| Title | Perry C. Butler v. County of Los Angeles, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|
| S. Lorenzo | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT LITTLE

On February 28, 2018, the Court ordered Plaintiff to provide the Court and the U.S. Marshals Service with alternate service information for Defendant Little or move to dismiss Defendant Little from this action no later than March 30, 2018. Plaintiff has failed to comply with this order.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why Defendant Little should not be dismissed from this action based on Plaintiff's failure to prosecute and failure to comply with a court order.

Plaintiff shall file a written response to this Order to Show Cause no later than **April 30, 2018**. Plaintiff's failure to respond in writing to the Order to Show cause by the deadline will result in a recommendation that Defendant Little be dismissed from this action based on Plaintiff's failure to prosecute and failure to comply with a court order.

Providing the Court and the U.S. Marshals with alternate service information for Defendant Little or moving to dismiss Defendant Little from this action in accordance with the February 28, 2018 order shall be a satisfactory response to this Order to Show Cause. No extensions of this deadline will be granted absent extraordinary circumstances.

cc: Parties

| | : |
|---|---|
| Initials of Preparer | slo |