| Case No. | CV 15-5228-VBF (JEM) | Date | February 28, 2019 |
|---|---|---|---|
| Title | PERRY C. BUTLER v. SERGEANT CECI BARAJAS, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|
| S. Lorenzo | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Proofs of service of the summons and complaint have been filed for defendants Trevor Blair, Ricardo Rangel, and Ceci Barajas. These defendants have not filed an answer or a motion under Fed. R. Civ. P. 12 by the deadline set forth in the summons, and plaintiff has not requested entry of default.

Accordingly, plaintiff is ordered to show cause in writing no later than **March 14, 2019**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

◘ Filing of an answer or motion under Fed. R. Civ. P. 12 by the defendants or plaintiff's request for entry of default.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. If defendants fail to file an answer or motion under Fed. R. Civ. P. 12 <u>and</u> plaintiff fails to request entry of default, then plaintiff's failure to respond to this Order to Show Cause may result in dismissal of the action.

cc: Parties

:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-5228-VBF (JEM) | Date | February 28, 2019 |
|---|---|---|---|
| Title | PERRY C. BUTLER v. SERGEANT CECI BARAJAS, et al. | | |

| | Initials of Preparer | slo |
|---|---|---|