JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BUTLER,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>        Defendants. | Case No. CV 15-5228-VBF (JEM)<br><br>**J U D G M E N T** |

    Final judgment is hereby entered in favor of all the defendants and against plaintiff Perry C. Butler. IT IS SO ADJUDGED.

Dated: June 5, 2020

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE